UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  06-61598-CIV-MARTINEZ-BANDSTRA

OSWALDO BERTRAND, on his own behalf and
others similarly situated,

    Plaintiff,

vs.

RJA PAINTING & DECORATING, INC., a
Florida corporation, and ROCCO ARMENTO,
JR., individually,

    Defendant.
_____/

### ORDER TO SHOW CAUSE

This cause came upon a *sua sponte* review of the record.

The record reflects that on November 3, 2006 this Court Ordered Plaintiff to file a Statement of Claim (D.E. No. 11).  The time to comply has passed and, to date, no response has been filed.  It is, therefore

ORDERED AND ADJUDGED that

On or before **Monday, December 11, 2006 at 4:30 p.m.**  Plaintiff shall comply with this Court's Order dated November 3, 2006 (D.E. No. 11).  Plaintiff shall file a statement of claim setting forth the amount of alleged unpaid wages, the calculation of such wages, and the nature of the wages (e.g. overtime or regular).  Plaintiff shall promptly serve a copy of this notice and the statement on Defendant's counsel.

2.  Defendant shall file a response on or before **January 3, 2007**.

3.  Failure to comply with this Order will result in sanctions or other appropriate measures, including dismissal without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this  5th day of December, 2006.

                                                                             _____
                                                                             JOSE E. MARTINEZ
                                                                             UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record